AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONALD W. GIBSON,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

STEVE KEANE, CAPTAIN AL THOMPSON, CAPTAIN KATHY DANIELS, NURSE JANICE, NURSE BLANCA, NURSE BESSIE, and NURSE VALERIE,

CASE NUMBER: CV-11-5029-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the First Amended Complaint is DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

June 6, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia